Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_rohlfing_office@speakeasy.net

Attorneys for Plaintiff
JOHN A. STARD, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. STARD, JR., | Case No.: 1:08-CV-01072 SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SYNDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff John A. Stard, Jr. ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 23, 2009; and that Defendant shall have an extension of time until May 28, 2009, to file his opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 27, 2009        Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                            BY: /s/ Steven G. Rosales
         _____       Steven G. Rosales
                                Attorney for plaintiff JOHN A. STARD, JR.

DATE:  March 27, 2009.      McGREGOR W. SCOTT
                            Chief, Civil Division



                            BY:  /s/ -*Elizabeth Firer*  by Steven G. Rosales*
                                Elizabeth Firer
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                [*By email authorization]

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 23, 2009, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 28, 2009 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE: 3/30/2009

_____
/s/SANDRA M. SNYDER
SANDRA M. SYNDER
**United States Magistrate Judge**

PDF created with pdfFactory trial version www.pdffactory.com